IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY L. SEARS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 3:19-CV-2810-C |
| ZIONS BANCORPORATION, N.A. | § | |
| f/k/a ZB, N.A. | § | |
| d/b/a AMEGY BANK OF TEXAS | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER OF THE COURT

Plaintiff Larry L. Sears ("Plaintiff") hereby files this his Response to Show Cause Order of the Court. For support, Plaintiff would respectfully show as follows:

## RESPONSE

Plaintiff has reviewed the Show Cause Order of the Court [Dkt. 33] ("Show Cause Order"), Defendant's Brief to Show Cause regarding the Court's Subject Matter Jurisdiction over Plaintiff's Claims [Dkt. 34] and the applicable law. Plaintiff hereby advises the Court that Plaintiff agrees with Defendant's analysis of the cases cited by the Court in its Show Cause Order.

Respectfully submitted,

**NEILL LEGLER COLE PLLC**

*/s/ Christine Neill*
Christine Neill
Texas Bar No. 00796793
christine@nlcemployeelaw.com
3141 Hood Street, Ste. 200
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that on March 22, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the Court's ECF system which will provide a Notice of Electronic Filing to Defendant.

*/s/ Christine Neill*
Christine Neill