IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY L. SEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZIONS BANCORPORATION, N.A. ) | |
| f/k/a ZB, N.A. d/b/a Amegy Bank of Texas, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:19-CV-2810-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 15th day of August, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE